**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:10-CR-0376-RWS |
| LUCIUS T. SOLOMON, : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [23] of Magistrate Judge C. Christopher Hagy. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion [20] is **DENIED**. It is further **ORDERED** that Defendant be **DENIED** a certificate of appealability.

**SO ORDERED** this  24th  day of May, 2012.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)